FILED
SEP - 4 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 5:25 CR 443 |
| | ) | Title 21, United States Code, Sections 841(a)(1),(b)(1)(A), and (b)(1)(C); Title 18, United States Code, Sections 922(g)(1), 924(a)(8), and 924(c)(1)(A)(i) |
| BRANDON TRAVIS, | ) | |
| Defendant. | ) | |

**JUDGE NUGENT**

COUNT 1
(Distribution of a Methamphetamine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(A))

The Grand Jury charges:

1. On or about August 12, 2025, in the Northern District of Ohio, Eastern Division, Defendant BRANDON TRAVIS did knowingly and intentionally distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

COUNT 2
(Felon in Possession of Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

2. On or about August 12, 2025, in the Northern District of Ohio, Eastern Division, Defendant BRANDON TRAVIS, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Involuntary Manslaughter on or about July 22, 2008, in Case Number CR 2007-12-4131, in the Summit County Court of Common Pleas, and Robbery on or about November 17, 2022, in Case Number CR-2021-02-0643-A, knowingly possessed in and affecting interstate commerce a firearm, to

wit: a Taurus, Model PT111 G2A, 9mm pistol bearing serial number ADE410894, and ammunition, said firearm and ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

COUNT 3
(Possession of Firearms in Furtherance of a Drug Trafficking Crime,
18 U.S.C. § 924(c)(1)(A)(i))

The Grand Jury further charges:

3. On or about August 12, 2025, in the Northern District of Ohio, Eastern Division, Defendant BRANDON TRAVIS did knowingly possess a firearms, to wit: a Smith & Wesson, Model M&P 9c, 9mm caliber pistol bearing serial number DUJ4107, and an HS Produkt, Springfield Armory Model Hellcat, 9mm caliber pistol bearing serial number BA217439in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that being distribution of methamphetamine, a Schedule II controlled substance, as charged in Count 1 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

COUNT 4
(Felon in Possession of Firearms and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

4. On or about August 13, 2025, in the Northern District of Ohio, Eastern Division, Defendant BRANDON TRAVIS, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Involuntary Manslaughter on or about July 22, 2008, in Case Number CR 2007-12-4131, in the Summit County Court of Common Pleas, and Robbery on or about November 17, 2022, in Case Number CR-2021-02-0643-A, knowingly possessed in and affecting interstate commerce firearms, to wit: a Smith & Wesson, Model M&P 9c, 9mm caliber pistol bearing serial number DUJ4107, and an HS Produkt, Springfield Armory Model Hellcat, 9mm caliber pistol bearing serial number

BA217439, and ammunition, said firearms and ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

COUNT 5

(Possession with Intent to Distribute Fentanyl, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

5. On or about August 13, 2025, in the Northern District of Ohio, Eastern Division, Defendant BRANDON TRAVIS did knowingly and intentionally possess with intent to distribute fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

FORFEITURE

The Grand Jury further charges:

6. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the allegations of Counts 1 through 5 are incorporated herein by reference. As a result of foregoing offenses, Defendant BRANDON TRAVIS shall forfeit to the United States, any and all property constituting, or derived from, any proceeds he obtained, directly or indirectly, as the result of the drug violations charged herein; any and all property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the drug violations charged herein; and any and all firearms and ammunition involved in or used in the commission of the firearms violations charged herein.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.